Scott M. Grace  S.B.N. 236621
Luftman, Heck & Associates, LLP
1958 Sunset Cliffs Boulevard
San Diego, CA 92107
sgrace@lawlh.com
Phone: 619-346-4600
Fax:  619-923-3661

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TODD SCHWEIHS** | Case No: 3:16-cv-01402-L-BLM |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREDJUDICE** |
| vs. | |
| **CREDITORS DISCOUNT & AUDIT CO.,** | |
| Defendant, | |

**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff Todd Schweihs, (hereinafter "Plaintiff) and Defendant Creditors Discount & Audit Co. (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice, each party to pay its own costs and attorneys' fees.

Date:  October 4, 2016          **Luftman, Heck & Associates**
                                s/ Scott M. Grace
                                Scott M. Grace
                                Attorney for the Plaintiff

Date:  October 4, 2016          **Ellis Law Group LLP**
                                s/ Amanda N. Griffith
                                Amanda N. Griffith
                                Attorney for Defendant

# CERTIFICATE OF SERVICE

I, Scott M. Grace, hereby certify that:

I am employed in the City and County of San Diego, California. I am over the age of eighteen years and not a party to this action. My business address is 1958 Sunset Cliffs Boulevard, San Diego, CA 92107. I am counsel of record for the plaintiff in this action.

On October 4, 2016, I caused the **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** to be served upon the parties listed below via the Court's Electronic Filing System:

**VIA ECF**
**Amanda N. Griffith**
**agriffith@ellislawgrp.com**
**Attorney for Defendant**

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Diego, CA on October 4, 2016.

                                    **Luftman, Heck & Associates**
                                    s/ Scott M. Grace
                                    Scott M. Grace
                                    Attorney for the Plaintiff
                                    sgrace@lawlh.com